City of Chicago, Plaintiff-Appellee, v. Jacob Levy, Defendant-Appellant.

Gen. No. 47,985.

First District, Second Division.
November 1, 1960.

Jacob Levy, pro se; John C. Melaniphy, Corporation Counsel of the City of Chicago (Sydney R. Drebin and Edward E. Plusdrak, Assistant Corporation Counsel, of counsel) for appellee. Opinion by JUSTICE BRYANT. Not to be published in full.